UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IONTIN LIN and CRISTINA LIU LIN,

    Plaintiffs,

v.

Case No: 6:23-cv-630-RBD-LHP

ATTORNEY GENERAL OF THE UNITED STATES; SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; FEDERAL BUREAU OF INVESTIGATION; and THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 22), filed October 8, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The

Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 11, 2023.



ROY B. DALTON, JR.
United States District Judge